32,448-07

June 25, 2015

Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

RE: Martin, Eddie Wagner, Sr.
    CCA No. WR-32,448-07
    Trial Court No. 39690-C

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 29 2015
Abel Acosta, Clerk

Dear Clerk:

I received a letter from your office dated Monday, January 05, 2015 advising that my application for a writ of habeas corpus was received and pending decision by this court. Since then, however, I have been bench warranted back to the Wichita County Jail Annex and I notified this office of my change in address back in May, 2015.

I'm writing to ask the current status of said application and if this office received my correspondence from May, 2015?

Sincerely,
Eddie W. Martin, Sr.
Eddie W. Martin Sr. # AG5937
Wichita County Jail Annex
P.O. Box 5526
Wichita Falls, Texas 76307